[17 NE3d 1134, 993 NYS2d 538]

In the Matter of JOSEPH D. CANDINO, JR., Appellant, v STARPOINT CENTRAL SCHOOL DISTRICT et al., Respondents.

Decided September 4, 2014

926

**APPEARANCES OF COUNSEL**

*Lipsitz Green Scime Cambria LLP*, Buffalo (*John A. Collins* of counsel), for appellant.

*Baxter Smith & Shapiro, P.C.*, Buffalo (*Louis B. Dingeldey, Jr.*, of counsel), for Starpoint Central School District and others, respondents.

*Sugarman Law Firm LLP*, Syracuse (*Jenna W. Klucsik* of counsel), for Iroquois Central School District and others, respondents.

*Webster Szanyi LLP*, Buffalo (*Jeremy A. Colby* of counsel), for West Seneca Central School District and others, respondents.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. The Appellate Division did not abuse its discretion in denying claimant's application to file and serve a late notice of claim (*see* General Municipal Law § 50-e [5]; *Williams v Nassau County Med. Ctr.*, 6 NY3d 531 [2006]).

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.